IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Billings, Otha | Case Number: 08 B 07022 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 3/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,774.00 | 0.00 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Popular Mortgage Services | Secured | 41,374.76 | 0.00 |
| 4. | Community Bank | Unsecured | | No Claim Filed |
| 5. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 6. | Community Bank | Unsecured | | No Claim Filed |
| 7. | Community Bank | Unsecured | | No Claim Filed |
| 8. | Sherwin Williams Emp CU | Unsecured | | No Claim Filed |
| 9. | Community Bank | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,148.76 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Billings, Otha | Case Number:  08 B 07022 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  3/24/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

